**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION TO EXTEND TIME

Appellate case name:        Robert J. Salazar and Elia Salazar v. HP Texas I LLC d/b/a HP Texas LLC, HPA Texas Sub 2016-1 LLC, Ser Texas LLC, and Pathlight Property Management Co.

Appellate case numbers:     01-19-00926-CV

Trial court case number:    2019-17589

Trial court:                127th District Court of Harris County

Appellants Robert J. Salazar and Elia Salazar have filed a second motion to extend time to file a motion for rehearing. *See* TEX. R. APP. P. 49.8. The Court's memorandum opinion and judgment issued on July 8, 2021, and the deadline to file a motion for rehearing was initially July 23, 2021. *See* TEX. R. APP. P. 49.1. On appellants' first motion to extend time, the Court extended the deadline to file a motion for rehearing by 48 days until September 9, 2021. The Court's order extending the deadline stated that no further extensions would be granted absent extraordinary circumstances.

Appellants' second motion seeks to extend time to file a motion for rehearing until October 8, 2021. *See* TEX. R. APP. P. 49.8. Appellants state that Robert had a medical emergency requiring surgery on September 3, and he will require another surgery on September 14. Appellants' motion is unopposed. *See* TEX. R. APP. P. 10.3(a)(2). We conclude that appellants have stated extraordinary circumstances warranting a final extension of time.

Accordingly, the Court **grants** appellants' motion and extends the deadline to file a motion for rehearing to **October 8, 2021**.

**No further extensions will be granted.**

It is so ORDERED.


Judge's signature:  /s/  April L. Farris
                    ☑ Acting individually    ☐ Acting for the Court


Date:  September 14, 2021